IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

GREGORY ALAN URBANEK,

           Plaintiff,           JUDGMENT IN A CIVIL CASE

  v.                                      Case No. 12-cv-347-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

_____

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

_____

      IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Michael J. Astrue, Commissioner of Social Security, and dismissing plaintiff Gregory Urbanek's appeal of the Commissioner's decision.


             s/ Peter Oppeneer                        3/13/2013
     Peter Oppeneer, Clerk of Court               Date